

FILED

12/05/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0474

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 22-0474

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

                                   O R D E R

MICHAEL LEE DECELLES,

    Defendant and Appellant.

Counsel for the Appellant Michael Lee Decelles filed a motion and brief asking to be allowed to withdraw from this appeal on grounds that counsel has been unable to find any nonfrivolous issues to raise on appeal, pursuant to § 46-8-103(2), MCA, and *Anders* v. *California,* 386 U.S. 738, 87 S. Ct. 1396 (1967). Decelles was granted time to file a response, but no response was filed.

The Court has now independently examined the record pursuant to § 46-8-103(2), MCA, and *Anders*. We conclude there are no arguments with potential legal merit that could be raised on direct appeal in Decelles's case.

IT IS THEREFORE ORDERED that this appeal is DISMISSED.

The Clerk is directed to provide copies of this Order to all counsel of record and to Decelles personally.

DATED this 5th day of December, 2023.

FILED

DEC 5 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

_____
Chief Justice

_____

_____

_____

_____

_____

_____
                Justices